IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HERMAN ADDISON, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 15-cv-01076-NJR |
| ) | |
| **IDOC PAROLE OFFICE,** ) | |
| **ST. CLAIR COUNTY SHERIFF'S** ) | |
| **INVESTIGATOR,** ) | |
| **MARK JUNGEE, and** ) | |
| **EAST ST. LOUIS PAROLE AGENTS,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Herman Addison, Jr., is a parolee under the supervision of the Illinois Department of Corrections. On September 29, 2015, Addison filed a five count civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated October 22, 2015, four of the counts were dismissed without prejudice, as they failed to state colorable claims. Count 3 stated a viable claim, but the defendant parole officer was not identified, making service of process impossible. Plaintiff was given until November 30, 2015, to file an amended complaint naming the defendant to Count 3 and re-plead any of the other claims (Doc. 6). Upon notice that Plaintiff had been incarcerated at Graham Correctional Center, a copy of the Court's order was forwarded to Plaintiff at Graham on November 9, 2015, leaving ample time to meet the November 30, 2015, deadline—particularly since Plaintiff had to only name his parole officer to proceed.

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action. Plaintiff was forewarned that failure to file a proper complaint by the prescribed deadline could result in the dismissal of this action with prejudice.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. Judgment shall enter accordingly and this case will be closed.

**IT IS SO ORDERED.**

**DATED:  December 8, 2015**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**